**FILED**
12/10/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JALONNIE ROBERTS

**1:20-CR-00882**

Violation: Title 18, United States Code, Section 2113(a)

Judge Manish S. Shah
Magistrate Judge Gabriel A. Fuentes

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about June 1, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

JALONNIE ROBERTS,

defendant herein, entered the Citibank, located at 8650 South Stony Island Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to commit in that bank a larceny;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
signed by Matthew F. Madden on behalf of the
UNITED STATES ATTORNEY